```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21755
    SHAUNTAYE DENISE CLARK
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9172


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/19/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 12/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC         UNSECURED           1141.45           .00             .00
WELLS FARGO ED FIN SVC      UNSECURED           1758.68           .00             .00
UNION AUTO                  SECURED                 .00           .00             .00
UNION AUTO                  UNSECURED               .00           .00             .00
AIMCO                       UNSECURED           1997.46           .00             .00
ARONSON FURNITURE           UNSECURED         NOT FILED           .00             .00
AT&T CREDIT MANAGEMENT C    UNSECURED            625.55           .00             .00
BLOCKBUSTER 17215           UNSECURED         NOT FILED           .00             .00
BMG MUSIC SERVICE           UNSECURED         NOT FILED           .00             .00
BURNS INTERNATIONAL         UNSECURED         NOT FILED           .00             .00
CHECK N GO                  UNSECURED         NOT FILED           .00             .00
CHICAGO TRIBUNE             UNSECURED         NOT FILED           .00             .00
CITY OF CHICAGO PARKING     UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON         UNSECURED         NOT FILED           .00             .00
COMCAST                     UNSECURED         NOT FILED           .00             .00
CREDIT PROTECTION ASSOC     UNSECURED         NOT FILED           .00             .00
CROSS COUNTRY BANK          UNSECURED         NOT FILED           .00             .00
PADDOCK PUBLICATIONS        UNSECURED         NOT FILED           .00             .00
IDES                        UNSECURED         NOT FILED           .00             .00
ILLINOIS LENDING CORPORA    UNSECURED         NOT FILED           .00             .00
ILLINOIS STATE TOLL HIGH    UNSECURED         NOT FILED           .00             .00
MCI                         UNSECURED         NOT FILED           .00             .00
OMNIUM WORLDWIDE            UNSECURED         NOT FILED           .00             .00
PAYDAY LOAN STORE           UNSECURED         NOT FILED           .00             .00
ASSET ACCEPTANCE LLC        UNSECURED           1280.48           .00             .00
RJM ACQUISITIONS            UNSECURED         NOT FILED           .00             .00
SALUTE VISA                 UNSECURED         NOT FILED           .00             .00
ASSET ACCEPTANCE LLC        UNSECURED            856.89           .00             .00
SPRINT PCS                  UNSECURED         NOT FILED           .00             .00
T MOBILE                    UNSECURED         NOT FILED           .00             .00
TRIBUTE                     UNSECURED         NOT FILED           .00             .00
UNIVERSITY OF PHOENIX ON    UNSECURED         NOT FILED           .00             .00
VILLAGE OF CAROL STREAM     UNSECURED         NOT FILED           .00             .00
VILLAGE OF EVERGREEN PAR    UNSECURED         NOT FILED           .00             .00
WASHINGTON MUTUAL           UNSECURED         NOT FILED           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21755 SHAUNTAYE DENISE CLARK
```

```
JEFFERY L BENSON          DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                              ---------------     ---------------
TOTALS                            .00                   .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE